IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN P. KILKENNY, | ) | |
| | ) | |
| Defendant. | ) | |

NOW on this 7th day of June, 2005, the matter came on for hearing on the Defendant's Request to File Briefs After Evidentiary Hearing. The Court being fully advised in the premises finds as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant's Request to File Briefs After Evidentiary Hearing (Filing #17) on Defendant's Motion to Suppress Physical Evidence and Motion to Suppress Statements is hereby granted.

BY THE COURT:

s/F.A. Gossett
U.S. Magistrate Judge

Prepared and Submitted by:

RICHARD J. EPSTEIN (11202)
9290 West Dodge Road
 Suite 205
Omaha, NE  68114-3322
   (402) 397-6111
Attorney for the Defendant