IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>               Plaintiff,           )<br>                                                        )<br>     vs.                                               )<br>                                                        )<br>BRIAN P. KILKENNY,                      )<br>                                                        )<br>               Defendant.        ) | Case No. 8:05CR102<br><br>**SCHEDULING ORDER** |

**IT IS ORDERED** that the following motions, filed by the defendant, are set for hearing on **Wednesday, July 27, 2005 at 9:00 A.M.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Physical Evidence (#15)
- Motion to Suppress Statements (#16)

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 7th day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge