IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR102 |
| | ) | |
| BRIAN P. KILKENNY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT and no objection from the defendant,

IT IS ORDERED that the evidentiary hearing regarding the defendant's Motion to Suppress Physical Evidence [15] and the Motion to Suppress Statements [16] is rescheduled to **August 26, 2005** at **9:45 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 26th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge